JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant CATHERINE WAIRIMU KIBETI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CATHERINE WAIRIMU KIBETI, ) <br> SOLOMON DOOMSON, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.   CR-11-00281 RMW <br><br> STIPULATION BETWEEN PLAINTIFF AND DEF. KIBETI TO REQUEST THE CONTINUANCE OF OF STATUS CONFERENCE, TO 4/15/13 AND [] ORDER |

Plaintiff United States of America and Defendant Catherine Kibeti, through their respective counsel, hereby jointly stipulate to request that the Court continue the status conference scheduled on March 18, 2013 to April 15, 2013.  Ms. Cynthia Lie, Defendant Solomon Doomson's counsel, is currently in trial and not available to sign this Stiuplation, but the parties understand that Ms. Lie is in agreement with a continuance of the March 18 hearing. The parties have reached an agreement to resolve this entire case.  However, the Plaintiff is still in the process of finalizing the plea agreement and conducting the required supervisor review and approval procedure.   It appears that the agreement and approval will not be finalized in time for the March 18, 2013 hearing.   Accordingly, Plaintiff and Defendant Kibeti (with the anticipation that Ms. Lie will join in this request) respectfully

request that the Court continue the status conference from March 18, 2013 to April 15, 2013, to ensure that the disposition can be placed on the record at the next court appearance, and for a corresponding exclusion of time for Speedy Trial Act calculation.

DATED: March 12, 2013 /S/
by JERRY Y. FONG, Attorney for Defendant
CATHERINE KIBETI

DATED: March 12, 2013
by CYNTHIA LIE, Attorney for Defendant
SOLOMON DOOMSON

DATED: March 12, 2013 /S/
by AUSA GARY FRY, Attorney for Plaintiff
UNITED STATES OF AMERICA

[] ORDER

Pursuant to Plaintiff and Defendant Kibeti's Stipulation and good cause appearing herein, it is hereby ordered that the status conference scheduled on March 18, 2013, shall be continued to April 15, 2013, at 9:00 a.m. Furthermore, the days between March 18, 2013 and April 15, 2013, shall be excluded for the purposes of calculating the application of the Speedy Trial Act, on the basis that such additional time is needed for the effective preparation of the defense and prosecution and that such consideration outweighs the public interest in an earlier trial date. It is so ordered.

DATED: 3/13/13

*Ronald M. Whyte*
JUDGE OF THE UNITED STATES
DISTRICT COURT