UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SOLOMON DOOMSON,<br><br>Defendant. | No. CR 11-00281 RMW<br><br>**ORDER OF THE COURT GRANTING MOTION OF THE UNITED STATES FOR LEAVE OF COURT TO DISMISS INDICTMENT** |

On motion of the United States, without objection from defendant Solomon Doomson, and for good cause shown, the court ORDERS that the motion made pursuant to Fed. R. Crim. P. 48(a), for leave of court to dismiss all charges against defendant Solomon Doomson contained in the indictment in *United States v. Solomon Doomson*, CR 11-00281 RMW, is GRANTED. Accordingly, all charges against Solomon Doomson are ordered DISMISSED.

IT IS SO ORDERED.

Date: _____

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge