JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant CATHERINE WAIRIMU KIBETI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR-11-00281 RMW |
| Plaintiff, ) | STIPULATION AMONG THE PARTIES TO JOINTLY REQUEST A CONTINUANCE OF THE SENTENCING HEARING AND [] ORDER |
| vs. ) | |
| CATHERINE WAIRIMU KIBETI, SOLOMON DOOMSON, ) | |
| Defendants. ) | |

The parties to this case, Plaintiff United States of America and Defendant Catherine Kibeti, through their attorneys, hereby stipulate to jointly request that the Court continue the sentencing hearing in this case, scheduled for September 9, 2013, at 9:00 a.m., to October 21, 2013.  The joint request is made because the parties need additional time to submit the necessary information to the Probation Office.  Probation Officer Insa BelOchi joins in this request for the continuance.

DATED: July 30, 2013		Respectfully submitted,


			/S/
			JERRY FONG, Attorney for
			Defendant CATHERINE KIBETI

DATED: July 30, 2013          Respectfully submitted,


                              /S/
                              AUSA GARY FRY, Attorney for
                              Plaintiff UNITED STATES OF AMERICA


                    ] ORDER

Pursuant to the Parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing scheduled on September 9, 2013, shall be continued to October 21, 2013, at 9:00 a.m.   It is so ordered.


                              *Ronald M. Whyte*
DATED:  ÌÐÐH                  _____
                              JUDGE OF THE UNITED STATES
                              DISTRICT COURT